USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
     -against-                     :   No. 18 Cr. 146 (JFK)
                                   :        **ORDER**
KAREEM GRAVES,                     :
                                   :
                      Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

  The Government is directed to file its response to Defendant Kareem Graves's pro se motion for sentence reduction (filed under seal) by no later than July 13, 2020. The Government is further directed to mail a copy of its response to Graves at that time. Graves shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

  The Court will mail a copy of this Order to Graves today.

**SO ORDERED.**

Dated:  New York, New York
        July 2, 2020

                                    _____
                                    John F. Keenan
                                    United States District Judge