USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-9-23_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

     -against-                                  18-CR-146 (ALC)

KAREEM GRAVES,                           **ORDER**

                        Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    Violation of Supervised Release Hearing set for **November 9, 2023** at 2:00 p.m.

SO ORDERED.

Dated:    New York, New York
            November 6, 2023

                                                _____
                                                ANDREW L. CARTER, JR.
                                                **United States District Judge**