UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-

KAREEM GRAVES,

                        Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-12-23

18-CR-146 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Today's Violation of Supervised Release Hearing is adjourned to **January 18, 2024** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             December 12, 2023

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**