```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-17-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                           **Plaintiff,**

     -against-                                 **18-CR-146 (ALC)**

KAREEM GRAVES,                         **ORDER**

                          **Defendant.**

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

     The Violation of Supervised Release Hearing set for January 18, 2024 is adjourned to **February 29, 2024** at **3:30 p.m.**

**SO ORDERED.**

Dated:     New York, New York
              January 17, 2024

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**