# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 15, 2024

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/28/24

Re: **United States v. Kareem Graves**
18 Cr. 146 (ALC)

Honorable Judge Carter:

I write with the consent of the Government to respectfully request that the Court extend the deadline for securing one cosigner to Mr. Castillo's bond until Friday, February 23, 2024.

On February 9, 2023, Mr. Graves was released on his own signature and imposed bail conditions, including: a $50,000 personal recognizance bond, cosigned by one financially responsible person; home detention; surrender of all travel documents and no new applications; pretrial supervision as directed by Pretrial Services. Mr. Graves' bail conditions were to be met by Friday, February 15, 2024.

Since his release, Mr. Castillo has been compliant with his bail conditions and has reported to Pretrial as directed. We respectfully ask for one additional week to schedule cosigner interviews with the Government and secure one cosigner to the bond. The Government consents to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

Mark B. Gombiner
Assistant Federal Defender
(212) 417-8718

**SO ORDERED:**
*/s/ Andrew L. Carter*   2/28/24

**HONORABLE ANDREW L. CARTER**
**UNITED STATES DISTRICT JUDGE**

cc:   AUSA Jordan Clore (by e-mail)